ACCEPTED
04-14-00908-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
5/21/2015 2:31:14 PM
KEITH HOTTLE
CLERK

**CAUSE NO. 04-14-00908-CR**

| | | |
|---|---|---|
| **KIT SHUM** | § | **IN THE FOURTH COURT** |
| | § | |
| **V.** | § | **OF APPEALS** |
| | § | |
| **THE STATE OF TEXAS** | § | **SAN ANTONIO, TEXAS** |

4th COURT OF APPEALS
SAN ANTONIO, TEXAS
5/21/2015 2:31:14 PM
KEITH E. HOTTLE
Clerk

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUDGES OF THE COURT OF APPEALS:

COMES NOW KIT SHUM, the Appellant in the above styled and numbered cause, and pursuant to Rule 10 of the Rules of Appellate Procedure files this Motion requesting that the Court extend the time for filing the Appellant's brief in this cause, and in support shows as follows:

### A.

1. The case is on appeal from the 290th District Court, Bexar County, Texas.

2. The style and number of the case in the trial court is State v. Kit Shum, Cause No. 2014-CR-1592.

3. The Appellant was charged with the offense of unauthorized record labeling.

4. Punishment was assessed at probation.

5. The present deadline for filing the Appellant's brief is June 1, 2015.

6. The Appellant seeks an extension of time of 90 days until September 1, 2015.

1

7.      This is the Appellant's first motion for extension of time to file the Appellant's brief.

B.

This extension is not sought for the purpose of delaying this appeal, but for the following reason:

1.      Counsel would show that counsel filed on May 9, 2015 a brief with this Court in a murder case in Rosario v. State; filed a brief in a capital murder death penalty habeas in Gonzales v. Thaler in the Fifth Circuit Court of Appeals on May 8, 2015; investigated, researched, and filed on May 13, 2015 an extensive motion for new trial in a murder case in State v. Ramirez in the 379th District Court of Bexar County, Texas; filed a brief on May 18, 2015 in a murder case in Lyons v. State in the Third Court of Appeals; is set for a federal white collar trial on June 8, 2015 in United States v. Hoffman in the Western District of Texas, San Antonio Division; has a death penalty 11.071 writ due to be filed on July 10, 2015 in State v. Love in McLennan County, Texas; is set for a federal child porn case on July 13, 2015 in the Western District of Texas, San Antonio Division; has a multi-defendant federal drug conspiracy trial on July 27, 2015 in United States v. Mazaheri in the Western District of Texas, San Antonio Division; has a multi-defendant federal drug conspiracy trial on August 10, 2015 in United States v. Alderete in the Western District of Texas,

San Antonio Division; and is set for trial on August 17, 2015 in an aggravated sexual assault of a child case in <u>State v. Gomez</u> in the 175th District Court, Bexar County, Texas on August 17, 2015.

2. The Appellant needs additional time in the case at bar to review the record and to conduct the necessary research to adequately prepare the Appellant's brief.

C.

On May 21, 2015, counsel conferred with counsel for the State, Enrico Valdez, and his office stated that he is unopposed to the granting of this motion.

WHEREFORE, PREMISES CONSIDERED, Counsel for the Appellant prays that the Court grant an extension of time up to and including September 1, 2015 for filing the Appellant's brief.

Respectfully submitted,


/s/ Michael C. Gross
Michael C. Gross
State Bar No. 08534480
106 South St. Mary's Street, Suite 260
San Antonio, Texas  78205
(210) 354-1919
(210) 354-1920 Fax

Attorney for the Appellant,
KIT SHUM

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was emailed to Enrico Valdez at jeanette.canales@bexar.org on the 21st day of May 2015.


/s/ Michael C. Gross